AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### FLORENCE   DIVISION

David E Morrison

    Plaintiff  
    vs.

**JUDGMENT IN A CIVIL CASE**

Case Number: 4:07-cv-01504-CMC

Michael Pettiford;  
Dr Berrios;  
S Deese, *Health Care Specialist*;  
and  
Charles Harding, *Unit Manager*

    Defendants

**[X] Decision on the Record.**  This action came before the court on the record.  The issues have been reviewed and the Court having adopted and incorporated  the Report and Recommendation of the U. S. Magistrate Judge;

    **IT IS ORDERED AND ADJUDGED** that Defendants' motion to dismiss is **granted** and this matter is dismissed without prejudice.  All other pending motions are **moot**.

    LARRY W.  PROPES, Clerk

    /s/ Sharon Welch-Meyer  
By_____  
    Deputy Clerk

January 14, 2008